DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEREMY S. KROGER, Bar #258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JUSTIN JACOBO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　*Plaintiff,*<br><br>　　v.<br><br>JUSTIN JACOBO,<br><br>　　　　　*Defendant.* | No. 6:10-mj-00080 MJS<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON<br><br>Date:　January 4, 2011<br>Time:　10:00 a.m.<br>Judge: Hon. Michael J. Seng |

　　IT IS HEREBY STIPULATED by and between SUSAN ST. VINCENT, Acting Legal Officer for the National Park Service, and Defendant, JUSTIN JACOBO, and his attorney of record, JEREMY S. KROGER, that the Status Conference in the above-captioned matter currently scheduled for October 19, 2010, be continued until January 4, 2011, at 10:00 a.m.

　　The parties agree to this continuance because of Mr. Jacobo's ongoing and severe medical problems.

///
///
///
///
///

| | |
|---|---|
| DATED: October 18, 2010 | By: /s/ Susan St. James<br>SUSAN ST. JAMES |
| | |
| | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: October 18, 2010 | By: /s/ Jeremy S. Kroger<br>JEREMY S. KROGER<br>Assistant Federal Defender<br>Attorney for Defendant<br>JUSTIN JACOBO |

* * * ORDER * * *

The Court, having reviewed the above request for a continuance of the October 19, 2010, status conference until January 4, 2011, HEREBY ORDERS AS FOLLOWS:

1) The status conference in the matter of *U.S. v. Justin Jacobo*, shall be continued to January 4, 2011, at 10:00 a.m., at the Yosemite Court.

IT IS SO ORDERED.

Dated:   October 20, 2010             /s/ *Michael J. Seng*
                                      UNITED STATES MAGISTRATE JUDGE